# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH PELLETIER, | : | CIVIL ACTION NO. 3:16-CV-1099 |
| Petitioner | : | (Judge Munley) |
| v. | : | |
| WARDEN, FCI ALLENWOOD, | : | |
| Respondent | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 16th day of January 2018, upon consideration of the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), and for the reasons set forth in the Court's Memorandum of the same date, it is hereby **ORDERED** that:

1. The petition for writ of habeas corpus is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

                              **BY THE COURT:**

                              **s/James M. Munley**
                              **JUDGE JAMES M. MUNLEY**
                              **United States District Court**